Emerenciana PETER–PALICAN,
Plaintiff–Appellee,

v.

GOVERNMENT OF THE COMMON-
WEALTH OF THE NORTHERN
MARIANA ISLANDS; Timothy Villa-
gomez, Defendants–Appellants.

No. 08–15704.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 12, 2009.

Filed May 26, 2009.

ed by 9th Cir. R. 36–3.

378

and no special assistant before Emerenciana Peter–Palican asserted that the position's tenure extended past the term of the appointing governor. Any right Peter–Palican had to continued employment as special assistant past that term was therefore not clearly established. Even assuming that Acting Governor Timothy Villagomez took affirmative steps to terminate Peter–Palican's employment, which is not clear from the record, he is entitled to qualified immunity in the absence of controlling authority interpreting the provision. *See Bingham v. City of Manhattan Beach*, 341 F.3d 939, 946 (9th Cir.2003).

**REVERSED.**

Douglas F. Cushnie, Law Offices Of Douglas F. Cushnie, Saipan, MP, for Plaintiff–Appellee.

Dave Lochabay, Esquire, Assistant Attorney General, AGMP—Office of the Attorney General, Saipan, MP, for Defendants–Appellants.

Before KOZINSKI, Chief Judge, BYBEE and CALLAHAN, Circuit Judges.

**MEMORANDUM\***

There is no case law interpreting the Commonwealth of the Northern Mariana Islands' constitutional provision creating the Special Assistant for Women's Affairs,

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.